ACCEPTED
15-25-00021-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/11/2025 5:14 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00021-CV**

In the Fifteenth Court of Appeals
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/11/2025 5:14:35 PM
CHRISTOPHER A. PRINE
Clerk

———————————————

PFIZER INC. and TRIS PHARMA, INC.,
Petitioners/Defendants,

v.

The STATE OF TEXAS and TARIK AHMED,
Respondents/Plaintiffs.

———————————————

Permissive Appeal from the 71st Judicial District Court, Harrison County, Texas

## MOTION OF HARRY GILLAM, JR. IN SUPPORT OF MOTION TO ADMIT HUAOU YAN PRO HAC VICE

TO THE HONORABLE COURT OF APPEALS:

I, Harry "Gil" Gillam, Jr., hereby declare under penalty of perjury under the laws of the United States of America:

a. My office address is 303 South Washington Avenue, Marshall, Texas 75670. My office telephone number is (903) 934-8450. My office facsimile number is (903) 934-9257. My email address is gil@gillamsmithlaw.com.

b. I am familiar with Huaou Yan, and I find him to be a reputable attorney and recommend that he be granted permission to participate in the particular proceeding before the court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: April 11,2025

Respectfully submitted,

By:*/s/ Harry "Gil" Gillam, Jr.*
 Harry "Gil" Gillam, Jr.
 Texas State Bar. No. 07921800
 gil@gillamsmithlaw.com
 303 S. Washington Ave.
 Marshall, Texas 75670
 (903) 934-8450 (telephone)
 (903) 934-9257 (facsimile)

# Exhibit A



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Huaou Yan, Esq.*

### DATE OF ADMISSION

*October 16, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: March 20, 2025**

**Darian Holland**
**Chief Clerk**

# Exhibit B

# Board of Law Examiners

Appointed by the Supreme Court of Texas

April 10, 2025

HUAOU YAN
Via: E-Mail

Acknowledgment Letter

Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney: HUAOU YAN**

**Case: 15-25-00021-CV**

**Texas court or body: Fifteenth Court of Appeals Austin, Texas**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Harry Gillam, Jr.
Bar No. 7921800
gil@gillamsmithlaw.com
Envelope ID: 99592549
Filing Code Description: Motion
Filing Description: MOTION OF HARRY GILLAM, JR. IN SUPPORT OF MOTION TO ADMIT HUAOU YAN PRO HAC VICE
Status as of 4/11/2025 5:59 PM CST

Associated Case Party: Pfizer Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stacy Obenhaus | | sobenhaus@foley.com | 4/11/2025 5:14:35 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 4/11/2025 5:14:35 PM | SENT |
| Stefan Schropp | | stefan.schropp@ropesgray.com | 4/11/2025 5:14:35 PM | SENT |
| Samantha BarrettBadlam | | samantha.badlam@ropesgray.com | 4/11/2025 5:14:35 PM | SENT |
| Edward Burbach | | eburbach@foley.com | 4/11/2025 5:14:35 PM | SENT |
| George Valton | | val@valjoneslaw.com | 4/11/2025 5:14:35 PM | SENT |

Associated Case Party: Tris Pharma Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Harry Gillam | 7921800 | gil@gillamsmithlaw.com | 4/11/2025 5:14:35 PM | SENT |
| Andrew Gorham | 24012715 | tom@gillamsmithlaw.com | 4/11/2025 5:14:35 PM | SENT |
| M'Liss Hindman | | mliss.hindman@blankrome.com | 4/11/2025 5:14:35 PM | SENT |
| William E.Lawler, III | | william.lawler@blankrome.com | 4/11/2025 5:14:35 PM | SENT |
| Bobbye Pyke | | Bobbye.Pyke@blankrome.com | 4/11/2025 5:14:35 PM | SENT |
| Huaou Yan | | huaou.yan@blankrome.com | 4/11/2025 5:14:35 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Diana Arias | | diana@gillamsmithlaw.com | 4/11/2025 5:14:35 PM | SENT |
| Rosa Ferguson | | rosa@gillamsmithlaw.com | 4/11/2025 5:14:35 PM | SENT |
| Olivia Arias | | olivia@gillamsmithlaw.com | 4/11/2025 5:14:35 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Harry Gillam, Jr.
Bar No. 7921800
gil@gillamsmithlaw.com
Envelope ID: 99592549
Filing Code Description: Motion
Filing Description: MOTION OF HARRY GILLAM, JR. IN SUPPORT OF MOTION TO ADMIT HUAOU YAN PRO HAC VICE
Status as of 4/11/2025 5:59 PM CST

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@oag.texas.gov | 4/11/2025 5:14:35 PM | SENT |
| Jordan Underhill | 24102586 | jordan.underhill@oag.texas.gov | 4/11/2025 5:14:35 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 4/11/2025 5:14:35 PM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 4/11/2025 5:14:35 PM | SENT |

Associated Case Party: Tarik Ahmed

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Earl Thames | 785097 | Glennthames@potterminton.com | 4/11/2025 5:14:35 PM | SENT |
| Jason T.Brown | | jtb@jtblawgroup.com | 4/11/2025 5:14:35 PM | SENT |
| Patrick S.Almonrode | | patalmonrode@jtblawgroup.com | 4/11/2025 5:14:35 PM | SENT |
| Michael E.Jones | | mikejones@potterminton.com | 4/11/2025 5:14:35 PM | SENT |